

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2021

No. 04-19-00691-CV

**CUANTO ANTES MEJOR, LLC** and M.E. Phillip,
Appellants

v.

**EOG RESOURCES, INC.,**
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-12-00277-CVK
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

The court has considered appellee's motion for en banc reconsideration of the court's opinion issued on December 16, 2020. Because the panel has issued a new opinion on this date, the motion for reconsideration en banc is denied as moot in accordance with Rule 14.8 of the court's internal operating procedures.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court